UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE LAW OFFICE OF CONRAD C. LYSIAK, PS,<br><br>Defendant. | NO: CV-12-530-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 12-80076-PCW11<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

THIS stipulated motion came before the Court without oral argument. Having reviewed the file and pleadings in this matter, the Court finds good cause to dismiss the above-captioned case. Therefore, **IT IS SO ORDERED** that the

ORDER DISMISSING CASE WITH PREJUDICE ~ 1

1 | above captioned case and the underlying bankruptcy adversary proceeding are

2 | **DISMISSED with PREJUDICE** and without fees or costs to any party.

3 | The District Court Clerk is directed to enter this Order, provide copies to

4 | counsel and to Judge Frederick P. Corbit, and **close** this case.

5 | **DATED** the 5th day of February 2014.

> *s/ Rosanna Malouf Peterson*
> ROSANNA MALOUF PETERSON
> Chief United States District Court Judge

ORDER DISMISSING CASE WITH PREJUDICE ~ 2